PEOPLE, PLAINTIFF AND APPELLEE, *v.* BARROS, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Ponce in a Prosecution for Unlawful Practice of Medicine.

No. 1246.—Decided April 18, 1918.

PRACTICE OF MEDICINE—COMPLAINT—BILL OF PARTICULARS.—In the absence of a request for greater particularity a complaint charging the unlawful practice of medicine sufficiently makes a statement of fact familiarly known to everyone when it says that a person not duly authorized sold "medicines."

The facts are stated in the opinion.

*Mr. Leopoldo Tormes* and *Mrs. Herminia Tormes* for the appellant.

*Mr. Salvador Mestre, fiscal,* for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

A complaint sufficiently makes a statement of fact familiarly known to everyone when it says that a person not duly authorized sold "medicines." If the appellant wanted closer particulars the way was open for him in other ways than by demurrer.

We agree with the appellant that the complaint would be insufficient if the offence charged were solely that of "publicly" giving himself out as a doctor. Such a statement is a conclusion of law. This part of the complaint may be considered as superfluous, for it goes on to set up in effect that the appellant prescribed and ordered for the use of the patient, Juana Rodríguez, various medicines in the cure of the disease from which she was suffering, receiving therefor the sum of four dollars on account of a total charge of five dollars for the cure of Juana Rodríguez. In the absence of request for greater particularity the complaint sufficiently charges an act of practising medicine denounced by the Act of March 11, 1915, number 6 of that year.

The judgment must be

*Affirmed.*

Chief Justice Hernández and Justices del Toro, Aldrey and Hutchison concurred.